# BARKER, SCOTT & GELFAND

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

A. MICHAEL BARKER *
JOSEPH M. SCOTT**
TODD J. GELFAND **

SHARLENN E. PRATT **
VANESSA E. JAMES **
ANTHONY H. OGOZALEK, JR.
EMILY J. DAHER**
JODI L. COHEN ** *Of Counsel*

*Atlantic County Office:*
210 New Road
Linwood Greene – Suite 12
Linwood, New Jersey 08221
(609) 601-8677
Fax (609) 601-8577

*Camden County Office:*
1939 Route 70 East
Cherry Hill, New Jersey 08003
(856) 874-0555
Fax (856) 874-9683

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
** LICENSED TO PRACTICE IN PENNSYLVANIA

Website: www.barkerlawfirm.net
e-mail: ambarker@barkerlawfirm.net

PLEASE REPLY TO
ATLANTIC COUNTY OFFICE

December 17, 2009

*Via ECF Filing*
The Honorable Robert B. Kugler, U.S.D.J.
United States District Court for the
District of New Jersey/ Camden Vicinage
One John F. Gerry Plaza
Camden, New Jersey 08101

Re: Edwin Yust v. City of Ocean City, Joseph Foglio, Charles Bowman and
Thomas Mullineaux
Civil Action Number: 1:09-cv-04374
Our File Number: 47733-81

Dear Judge Kugler:

As the Court is aware, I represent the Defendants in the above-noted matter. In reference to the Plaintiff's Motion to Dismiss without Prejudice, please be advised that there will not be any Opposition Brief filed by the Defendants.

Thank you for your time and attention to this matter.

Respectfully submitted,
**BARKER, SCOTT & GELFAND**
a Professional Corporation

Joseph M. Scott, Esquire

JMS/dj
cc: Frank L. Corrado, Esquire