IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| EDWIN YUST, | CASE NO. 09-cv-04374 |
| Plaintiff, | Civil Action |
| v. | |
| CITY OF OCEAN CITY, JOSEPH FOGLIO, CHARLES BOWMAN and THOMAS MULLINEAUX, | STIPULATION OF DISMISSAL WITHOUT PREJUDICE |
| Defendants. | |

---

IT IS HEREBY STIPULATED by and between the parties that the above-captioned action, including all claims, counterclaims, and affirmative defenses, be and hereby is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each Party will bear its own costs and attorneys' fees.

BARKER, SCOTT & GELFAND,
a professional corporation

By: _____
JOSEPH M. SCOTT, ESQUIRE
Attorney for Defendants

BARRY, CORRADO, GRASSI &
GIBSON, PC

By _____ 12/22/09
FRANK L. CORRADO, ESQUIRE
Attorney for Plaintiff